FILED
CLERK, U.S. DISTRICT COURT

July 2, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:    PMC    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| Norman F. Sayeg, <br><br> PLAINTIFF(S) <br> v. <br> City of Anaheim et al <br><br> DEFENDANT(S). | **CASE NUMBER** <br> 8:13-cv-02009-SVW-AN <br><br> **JUDGMENT ON THE VERDICT** <br> **FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Norman F. Sayeg, II

take nothing; that the action be dismissed on the merits; and that the defendant(s):

City of Anaheim

recover of the plaintiff(s) its costs of action, taxed in the sum of   To Be Determined  

Clerk, U. S. District Court

Dated: 7/2/15

By  *[signature] Paul M. Cruz*
Deputy Clerk

At: Los Angeles, California

cc:     Counsel of record

CV-44 (11/96)      JUDGMENT ON THE VERDICT FOR DEFENDANT(S)