FILED
CLERK, U.S. DISTRICT COURT

July 21, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC \_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN F. SAYEG II,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM, WALT DISNEY PARKS & RESORTS INC., OFFICER DAVID RICHARDS #434, OFFICER JESSE ROMERO #59, Doe BANSON, Disneyland Security Official, Doe PAULINA, Disneyland Security Official, DOES 1-10,<br><br>Defendants. | Case No.: SACV 13-02009 SVW (ANx)<br><br>Assigned to: Hon. Stephen V. Wilson<br>Dept.: Ctrm. 6<br><br>[PROPOSED] AMENDED FINAL JUDGMENT ON THE VERDICT FOR THE ANAHEIM DEFENDANTS PURSUANT TO F.R.C.P. 54(b)<br><br>Action Filed: December 27, 2013<br>Trial Date: June 30- July 2, 2015 |

1

1  Whereas, in an order dated March 31, 2015, the Court granted summary
2  judgment in favor of the City of Anaheim, but not as to Anaheim Police Officers
3  David Richards and Jesse Romero;
4  Whereas, in that same order, the Court ordered state law claims asserted
5  against defendant Walt Disney Corporation and individual Disney employee
6  defendants to be bifurcated from plaintiff's federal claims under 28 U.S.C.
7  Section 1983 for trial;
8  Whereas, in an order dated June 17, 2015, the Court granted summary
9  judgment as to the federal Section 1983 claims against Disney individual
10  defendants Joseph Banson, Paulina Martin Del Campo Silva, and Jonathon
11  McAuley, but did not dismiss the state law claims against them;
12  Whereas, from June 30 through July 2, 2015, the Section 1983 claims
13  against Anaheim Officers David Richards and Jesse Romero were tried to a jury,
14  which returned a verdict in favor of those defendant officers and against plaintiff
15  on all counts on July 2, 2015;
16  Whereas, on July 9, 2015 the Clerk entered a Judgment on the Verdict for
17  the Defendants dated July 2, 2015, but listed "the City of Anaheim" as the
18  prevailing defendant, inadvertently omitting Officers David Richards and Jesse
19  Romero; and
20  Whereas, due to the remaining state law claims pending against defendants
21  Walt Disney Corporation, Joseph Banson, Paulina Martin Del Campo Silva and
22  Jonathan McAuley, any judgment in favor of the City of Anaheim and Officers
23  Richards and Romero (collectively "The Anaheim Defendants") would be a
24  partial judgment which would appear to require a Judgment issued by the Court
25  certifying judgment as final as to these defendants under Rule 54(b) of the
26  *Federal Rules of Civil Procedure.*
27  Whereas, such a partial final judgment in favor of the Anaheim
28  Defendants would appear proper as all claims against them have been fully

1 adjudicated in this Court.

2

3     WHEREFORE, the Court hereby AMENDS the previous judgment
4 entered by the Clerk. It is ordered and adjudged that the plaintiff Norman F.
5 Sayeg II take nothing as to defendants City of Anaheim, Officer David Richards
6 and Officer Jesse Romero, and that said defendants shall recover of the plaintiff
7 their costs of action, taxed in the sum of $_____TBD_____ [to be determined].
8 The Court certifies this partial judgment as final as between these parties
9 pursuant to Rule 54(b) of the *Federal Rules of Civil Procedure.*

10

11

12 Dated: 07/21/2015      _____
13     Hon. STEPHEN V. WILSON
    United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28