```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                  09/09/15

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      IV        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN F. SAYEG II, | Case No. SACV 13-02009 SVW (ANx) |
| Plaintiff, | Assigned to: Hon. Stephen V. Wilson |
| v. | **FINAL JUDGMENT FOR THE DISNEY DEFENDANTS** |
| CITY OF ANAHEIM, WALT DISNEY PARKS & RESORTS INC., OFFICER DAVID RICHARDS # 434, OFFICER JESSE ROMERO #59, JOSEPH BANSON, Disneyland Security Official, PAULINA MARTIN DEL CAMPO SILVA, Disneyland Security Official, JONATHAN MCAULAY, Disneyland Security Official, DOES 1-9, | Action Filed: December 27, 2013<br>Trial Date: June 30-July 2, 2015 |
| Defendants. | |

1  WHEREAS, in an order dated March 31, 2015, the Court ordered the state law claims asserted against defendants WALT DISNEY PARKS AND RESORTS U.S., INC. (erroneously sued as Walt Disney Parks & Resorts, Inc.) ("Disney"), JOSEPH BANSON, PAULINA MARTIN DEL CAMPO SILVA, and JONATHAN MCAULAY (collectively the "Disney Individual Defendants") (together with Disney, the "Disney Defendants") to be bifurcated and stayed pending resolution of plaintiff NORMAN F. SAYEG II's federal claims under 28 U.S.C. § 1983;

WHEREAs, in an order dated June 17, 2015, the Court granted summary judgment as to the federal Section 1983 claim against the Disney Individual Defendants, but did not dismiss the state law claims against them;

WHEREAS, the Section 1983 claim against defendants David Richards and Jesse Romero were tried to a jury, which returned a verdict in favor of those defendant officers and against plaintiff on July 2, 2015;

WHEREAS, on July 21, 2015, the Court entered an Amended Final Judgment on the Verdict in favor of defendants Richards, Romero, and the City of Anaheim pursuant to Federal Rule of Civil Procedure 54(b); and

WHEREAS, on August 25, 2015, with the Section 1983 claim resolved as to all defendants, the Court declined to exercise jurisdiction over the remaining state law claims against the Disney Defendants, leaving no further claims for this Court to adjudicate.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Norman F. Sayeg II take nothing as to the Disney Defendants, and that said defendants shall recover from plaintiff their costs of this action, taxed in an amount to be determined.

Dated:     September 9, 2015

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

SACV 13-02009 SVW (ANx)          -1-          FINAL JUDGMENT FOR THE DISNEY DEFENDANTS